# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

Ralph Hall

-v-

The City of New York et al

Document # __7__

USCA NO. _____

SDNY NO. __07cv3051__
JUDGE: __KMW__
DATE: __6 / 20 / 2007__

## INDEX TO THE RECORD ON APPEAL

PREPARED BY (NAME) __Nezam D.__
FIRM __APPEALS SECTION__
ADDRESS __UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT OF NY__
__500 PEARL STREET, NEW YORK, NEW YORK 10007__
PHONE NO. __(212) 805-0636__

DISTRICT COURT DOCKET ENTRIES --------------------------------------------------

**DOCUMENTS**                                                         DOC#

Clerk's Certificate

See Attached List of Numbered Documents

Only Circled Documents Included

( √ ) Original Record                                ( ___ ) Supplemental Record

The record in the above entitled case was indexed to the U.S.C.A for the Second Circuit on the __20th__ Day of __June__, 2007.

**United States District Court for the Southern District of New York**

-------------------------------------------------------

Ralph Hall

-V-

The City of New York et al

-------------------------------------------------------

Date: 5 / 20 / 2007

U.S.C.A. # _____

U.S.D.C. # __07cv3051__

D.C. JUDGE __KMW__

# Clerk's Certificate

I, J. Michael McMahon, Clerk of the Court of the United States District Court for the Southern District of New York, do hereby certify that the certified copy of the docket entries and the original filed papers numbered __1__ Through __6__, inclusive, constitutes the Original record on appeal in the above entitled proceedings except for the following missing documents:

**Date Filed**          **Document Description**

In Testimony Whereof, I have caused the seal of said Court to be hereunto affixed, at the City of New York, this __20th__ Day of __June__ In this year of our Lord, Two Thousand and Seven, and the Independence of the United States this 231st year.

J. Michael McMahon, Clerk

By _____

**Deputy Clerk**

APPEAL, CLOSED

## U.S. District Court
## United States District Court for the Southern District of New York (Foley Square)
## CIVIL DOCKET FOR CASE #: 1:07-cv-03051-KMW
### Internal Use Only

Hall v. The City of New York et al
Assigned to: Judge Kimba M. Wood
Cause: 05:552 Freedom of Information Act

Date Filed: 04/16/2007
Date Terminated: 04/16/2007
Jury Demand: Plaintiff
Nature of Suit: 550 Prisoner: Civil Rights
Jurisdiction: Federal Question

| Date Filed | # | Docket Text |
|---|---|---|
| 04/16/2007 | 1 | DECLARATION IN SUPPORT OF REQUEST TO PROCEED IN FORMA PAUPERIS. Document filed by Ralph Hall.(laq) (Entered: 04/20/2007) |
| 04/16/2007 | 2 | COMPLAINT against The City of New York, Charles Tejada, Lanita Hobbs. Document filed by Ralph Hall.(laq) (Entered: 04/20/2007) |
| 04/16/2007 | | Magistrate Judge Kevin N. Fox is so designated. (laq) (Entered: 04/20/2007) |
| 04/16/2007 | 3 | ORDER OF DISMISSAL,,, Plaintiff's request to proceed in forma pauperis is granted but, for the reasons set forth below, the complaint is dismissed. Accordingly, this pro se complaint the close and sympathetic reading to which it is entitled, plaintiff's allegations fail to state a claim under 42 U.S.C.1983, on which relief may be granted. The complaint is therefore dismissed. The court certifies pursuant to 28 U.S.C. 1915(a)(3) that any appeal from this order would not be taken in good faith. (Signed by Judge Kimba M. Wood on 4/16/7) (laq) (Entered: 04/20/2007) |
| 04/16/2007 | 4 | JUDGMENT. Ordered, Adjudged and Decreed: That the complaint be and is hereby dismissed. We certify pursuant to 28 U.S.C. 1915(a)(3) that any appeal from the Court's order will not be taken in good faith. (Signed by Judge Kimba M. Wood on 4/16/7) (laq) (Entered: 04/20/2007) |
| 05/11/2007 | 5 | MOTION for Reconsideration considering the timely delay in excess of 150 days devoid of Docket No. and assigned Judge - which allegedly caused the necessary addendum attached which was prohibited from the Magistrate's perusal after its submission to Pro-Se Clerks to be returned to sender once in 2/2007 adn again in March 2007, Complaint was submitted 12/4/2006. Document filed by Ralph Hall.(jar) (Entered: 05/15/2007) |
| 05/14/2007 | 6 | NOTICE OF APPEAL from [4] Judgment - Sua Sponte (Complaint), Document filed by Ralph Hall. Copies of Notice of Appeal mailed to attorney(s) of record: New YOrk City Law Department. (nd) (Entered: 06/19/2007) |
| 05/14/2007 | | Appeal Remark as to [6] Notice of Appeal filed by Ralph Hall. $455.00 APPEAL FILING FEE DUE. (nd) (Entered: 06/19/2007) |
| 06/19/2007 | | Transmission of Notice of Appeal to the District Judge re: [6] Notice of Appeal. (nd) (Entered: 06/19/2007) |
| 06/19/2007 | | Transmission of Notice of Appeal and Certified Copy of Docket Sheet to US Court of Appeals re: [6] Notice of Appeal. (nd) (Entered: 06/19/2007) |