MANDATE

S.D.N.Y. - N.Y.C.
07-cv-3051
Wood, C.J.

# United States Court of Appeals
### FOR THE
### SECOND CIRCUIT

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, in the City of New York, on the 6th day of November, two thousand seven,

Present:

        Hon. Roger J. Miner,
        Hon. Reena Raggi,
                *Circuit Judges,*
        Hon. Jed S. Rakoff,*
                *District Judge.*

UNITED STATES COURT OF APPEALS
FILED
NOV 6 2007
Catherine O'Hagan Wolfe, Clerk
SECOND CIRCUIT

Ralph Hall,

        *Plaintiff-Appellant,*

      v.                              07-2700-pr

The City of New York, Justice Charles Tejada, Supreme Court Agent for the City of New York, Lanita Hobbs, Assistant District Attorney, Agent for the City of New York,

        *Defendants-Appellees.*

Appellant, *pro se,* moves for leave to proceed *in forma pauperis*. Upon due consideration, it is hereby ORDERED that the motion is DENIED and the appeal is DISMISSED because it lacks an arguable basis in law or fact. *See Neitzke v. Williams*, 490 U.S. 319, 325 (1989); 28 U.S.C. § 1915(e).

                FOR THE COURT:
                Catherine O'Hagan Wolfe, Clerk

                By:

NOV 6 2007

    *The Honorable Jed S. Rakoff, United States District Court for the Southern District of New York, sitting by designation.

A TRUE COPY
Catherine O'Hagan Wolfe, Clerk

by

Issued as Mandate: 2/26/08      D.B.